IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN D. BROWN,

    Plaintiff,

  vs.            Case No. 13-cv-659-JPG-PMF

LT. GEPHART, *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

  This matter comes before the Court on the Report and Recommendation ("R & R") (Doc.  50) of Magistrate Judge Philip M. Frazier recommending this Court deny as moot plaintiff John D. Brown's motion for a temporary restraining order and/or motion for preliminary injunction (Doc. 34).

  The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

  The Court has received no objection to the R & R.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court **ADOPTS** the R & R (Doc. 50) and **DENIES** as moot Brown's motion for a temporary restraining order and/or motion for preliminary injunction (Doc. 34).

**IT IS SO ORDERED.**

**DATED:**  June 16, 2014

             s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**